IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-316-GPG
(Bankr. No. 24-17102-KHT)

In re: ALISTAIR WILLIAM WINDSOR MACCABE,

    Debtor.

---

ALISTAIR WILLIAM WINDSOR MACCABE,

    Appellant,

v.

CUBESMART L.P.,

    Appellee.

---

ORDER DISMISSING APPEAL

---

On March 21, 2025, the Court issued a *Notice of Deficiency*, which required Appellant to file an amended opening brief and appendix that addressed the following requirements, or the appeal would be dismissed: (1) serving and filing a separate appendix to the brief; (2) including a jurisdictional statement in the brief; (3) formatting the documents as text-searchable, and (4) referring to specific pages in the appendix. Appellant filed an amended opening brief and appendix by the deadline of April 4, 2025.[1] However, a review of Appellant's filing indicates Appellant has not complied with the following:

---

[1] On April 4, 2025, Appellant filed his amended opening brief and appendix three times (ECF Nos. 23–25).

(1) **The Appellant must serve and file a separate appendix to the brief that complies with Fed. R. Bankr. P. 8018(b). Fed. R. Bankr. P. 8015, 8018(b); 10th Cir. BAP L.R. 8018-1(a).**

(2) **The appendix must contain a cover page, contain a table of contents, and be consecutively paginated. 10th Cir. BAP L.R. 8018-1(b)–(d).**

(3) **The appendix must begin with a table of contents identifying the page at which each part begins. The relevant docket entries must follow the table of contents. Other parts of the record must follow chronologically. Fed. R. Bankr. P. 8018(c).**

Accordingly, it is HEREBY ORDERED that this appeal is DISMISSED for failure to prosecute. Fed. R. Bankr. P. 8003(a)(2); 10th Cir. BAP L.R. 8026-4(c). This dismissal is subject to Appellant's right to cure the deficiencies within the fourteen (14) day rehearing period provided by Federal Rule of Bankruptcy Procedure 8022 by filing (1) a separate brief, and (2) a separate appendix containing a cover page, table of contents, consecutive pagination, and parts of the record in chronological order.

Please contact the Clerk's Office at (303) 335-2900 with any questions regarding this appeal.

Dated this 8th day of April 2025.

BY THE COURT:

_____
Hon. Gordon P. Gallagher
United States District Judge